UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EMILIO PINERO,<br>     Plaintiff,<br>vs.<br><br>DONALD HARRISON, JEFFREY M. HARRISON, and NANDY RESTAURANT GROUP, LLC d/b/a PEPPO,<br>     Defendants. | Case No. 24-cv-21181-KMW |

## **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, EMILIO PINERO, and Defendants, DONALD HARRISON, JEFFREY M. HARRISON, and NANDY RESTAURANT GROUP, LLC d/b/a PEPPO, by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ George A. Minski
George A. Minski (FBN: 724726)
   *Attorney for Defendants*
Law Offices of George A. Minski, P.A.
2500 Hollywood Blvd., Ste. 214
Hollywood, FL 33020
(305) 792-2200
GMinski@MinskiLaw.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 800-0405
WassenbergL@gmail.com